IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 20-MJ-7131-MAB |
| ) | |
| ) | **FILED UNDER SEAL** |
| KEVIN KAMLER, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Jake Frechette, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### (Attempted Enticement of a Minor)

On or about June 25, 2020 to June 26, 2020, the defendant,

**KEVIN KAMLER,**

in Madison County, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of 18 United States Code, Section 2422(b).

I further state that this complaint is based on the following facts:

## INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. I have been employed by the FBI since January 2019. My employment has vested me with the authority to investigate violations of federal law, including Title 18, U.S.C. §§ 2242, 2252, 2252A, all involving the Sexual Exploitation and Other Abuse of Children. During my time at the FBI Academy and while working the violation, I have received training in a variety of investigative and legal matters, including topics of searches, drafting search warrant Affidavits, and Probable Cause. I am presently assigned to the Springfield Violent Crimes Against Children Squad, which focuses on investigating individuals and dismantling organizations responsible for the sexual exploration of children through the manufacture and distribution of child pornography. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and I have conducted interviews of subjects, victims, and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being

submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that KEVIN KAMLER committed violations of Title 18, United States Code, Section 2422(b).

## BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CAUSE

4. On June 26 and 27, 2020, agents from the Federal Bureau of Investigation, along with a joint taskforce of various state and federal law enforcement agencies conducted an undercover investigation targeting subjects who were attempting to engage in sexual activity with minors.

5. Starting on approximately June 19, 2020, through June 26, 2020, undercover agents began posting ads on various online social media and dating platforms and applications. The ads were primarily dating profiles showing photos of young-looking male and female adult confidential sources. The ads all state that the person's age is 18 as that is the minimum age required for the websites.

6. A residence in Collinsville, Illinois was obtained to be the location that targets were directed to for engaging in sexual activity with the fictitious minors from the online profiles.

7. On approximately June 25, 2020, an FBI Undercover Employee ("UCE") posted an advertisement that she was "looking for a ride."

8. On June 25, 2020, an individual who was later identified as KEVIN KAMLER (hereinafter referred to as "KAMLER") initiated a conversation with UCE, who identified herself as "Halle", via email. KAMLER's email profile displayed the name "Kw Kamler."

KAMLER initiated contact with the UCE by saying "You female." The UCE responded via email by saying "Yep." KAMLER and UCE continued the following email conversation:

KAMLER: How old our you
UCE: 15 how old are you?

The conversation later continued as follows:

KAMLER: OK and I'm 40 so I'm sure I'm way to old for you

KAMLER later indicated that he would bring "ice" to the house, stating "Well on ice I can fuck for hours so hope you will be down."

UCE and KAMLER transitioned the conversation from email to text messages. UCE texted the KAMLER at phone number 573-427-2568, which was provided to UCE by the KAMLER. The following are relevant sections from the conversation that occurred through text messages:

KAMLER: So you don't have a boyfriend
KAMLER: You gonna want me to stay all night
UCE: gotta eat soon ill text back. no and maybe especialliy if were gonna go for hours
KAMLER: Ok and yeah I'm gonna fuck you into Sunday morning
…
KAMLER: So you just like older guys then
UCE: I like no BS and no drama so yeah
KAMLER: My kinda girl
KAMLER: Your gonna be the youngest girl I've been with I'm sure it's gonna be worth breaking the law tho
UCE: awwww ty
KAMLER: I just hope I'm not gonna be on catch a preditor lol
KAMLER: That was a joke
UCE: no way hope ur kidding
KAMLER: I am joking God can't believe how hard my dick is I don't think your gonna be able to handle it or put it down
….
KAMLER: Ok so what you wanna do when I get there
UCE: chat a bit then get kinky…lol
UCE: wat u wanna do
KAMLER: Sounds good to me
KAMLER: Chill get high then fuck you and eat your pussy and fuck tell Sunday

4

The texting conversation between the UC and KAMLER continued throughout the night of June 25th. The conversation was resumed by KAMLER on the morning of June 26, 2020. The following exchange took place on June 26, 2020.

KAMLER: Alright we gonna fuck all weekend or you got plans tomorrow

...

KAMLER: You sure neighbor's aren't gonna call your granny say you got a man at the house loo
UCE: No they dont pay attention to Nothin
KAMLER: You an only child

9. The conversation continued regarding planning a meet up time and location. A meeting was tentatively set for at 7:00 PM at the undercover house in Collinsville, Illinois. The subject agreed to meet the minor from Craigslist on Friday at the minor profile's residence for a sexual encounter.

10. In total, the conversations took place between June 25, 2020 and June 26, 2020. While there were many times where conversation was casual and cordial, there were numerous instances where the conversation was sexually explicit in nature, as was detailed above.

11. KAMLER, walked to the front door of the residence. At that time, law enforcement agents contacted the subject and took him into custody.

12. During a search incident to arrest, agents located a syringe with suspected methamphetamine.

13. KAMLER was interviewed on location immediately following the arrest.

14. During an interview, KAMLER admitted that he was the one who had been chatting with the "Halle" UCE profile for the last two days, and he was aware that the she was a minor.

## CONCLUSION

15. Based on the foregoing, I submit that there is probable cause to believe that between June 25, 2020 and June 26, 2020, KEVIN KAMLER committed the offenses set forth in Count 1 of this Complaint.

_____
Jake Frechette, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this

__27th__ day of June, 2020, in the Southern District of Illinois.

_____
MARK A. BEATTY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

_____
KARELIA S. RAJAGOPAL
Assistant United States Attorney

6