IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.  3:20-cr-30093-NJR-1 |
| | ) | |
| KEVIN KAMLER, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR PSYCHIATRIC EXAMINATION

Comes now the United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Karelia S. Rajagopal, Assistant United States Attorney, and pursuant to Rules 12.2(c)(1)(A) and (B) respectfully moves this Court for an order directing the United States Marshal of this district to transfer the above-named defendant to the custody of the Warden of the Medical Center for Federal Prisoners, Springfield, Missouri, or such other federal institution as the Court deems appropriate, for the purpose of being observed and examined by one or more qualified psychiatrists, pursuant to Title 18, United States Code, Sections 4241, 4242 and 4247(b).

In support of its motion, the United States states as follows:

1.  On September 27, 2020, Defendant filed a Notice Pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure. Doc. 21.

2.  In his Notice, Defendant alleges that he may assert a defense of insanity as well as expert evidence related to a mental disease or defect. *Id.*

3.  Under Rule 12.2(c)(1)(B), if a defendant provides such notice, "the court must, upon the government's motion, order the defendant to be examined under 18 U.S.C. § 4242." Fed. R. Crim. P. 12.2(c)(1)(B) (emphasis added).

4.     This Court also has the authority to order Defendant to submit to a competency examination under 18 U.S.C. § 4241.  *See* Fed. R. Crim. P. 12.2(c)(1)(A).

5.     In light of Defendant's intent to pursue a defense of insanity at trial, it would be prudent for this Court to ensure that Defendant is presently competent to stand trial.

6.     To conserve government resources and avoid unnecessary delay, this Court should order that Defendant's mental competency be evaluated concurrently with his psychiatric examination.

WHEREFORE, the United States of America requests that a psychiatric or psychological examination of Defendant be conducted pursuant to Title 18, United States Code, Sections 4241, 4242 and 4247(b), and that a report be required pursuant to Title 18, United States Code, Section 4247(c), specifically to include findings as to (1) whether Defendant is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and (2) whether Defendant was insane at the time of commission of the offenses with which he is charged.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/ Karelia S. Rajagopal*
Karelia S. Rajagopal
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
E-mail: Karelia.Rajagopal@usdoj.gov